# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TEVIN JAMAL ANDERSON, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-24-1276-J |
| ) | |
| STATE OF OKLAHOMA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff, a prisoner appearing pro se, filed this civil rights action and an application to proceed in forma pauperis (IFP) on December 6, 2024. [Doc. Nos. 1, 2]. The Court referred the matter to United States Magistrate Judge Chris M. Stephens for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B),(C). [Doc. No. 5]. On December 10, 2024, Judge Stephens issued an order granting Plaintiff's IFP application and ordering Plaintiff to pay monthly installments of $3.54 until the filing fee was paid in full. [Doc. No. 6].

After receiving Plaintiff's first monthly fee, Judge Stephens screened Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) and issued a Report and Recommendation recommending the Court dismiss Plaintiff's Complaint with prejudice. [Doc. No. 10]. Judge Stephens advised Plaintiff of his right to object to the Report and Recommendation by July 9, 2025, but Plaintiff submitted no objection. Plaintiff has therefore waived any right to appellate review of the factual and legal issues in the Report and Recommendation. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 10] and DISMISSES Plaintiff's action with prejudice. A separate judgment will follow.

IT IS SO ORDERED this 6th day of August, 2025.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE